Julia F. Arnold, Respondent, *v.* Village of North Tarrytown, Appellant.

*Arnold* v. *Village of North Tarrytown*, 137 App. Div 68, affirmed.
(Submitted June 15, 1911; decided October 3, 1911.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 13, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the defendant's negligence.

*Smith Lent, Clarence S. Davison* and *William G. Given* for appellant.

*George A. Blauvelt* for respondent.

Judgment affirmed, with costs, on opinion of CARR, J., below.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.